```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 06078
   GLEN E MILTON
   BARBARA S MILTON                           CHAPTER 13

                                              JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-0209    SSN XXX-XX-1602

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/04/07 and confirmed on 08/09/07.

   2.  The case was dismissed after confirmation, 02/01/2008.

   3.  The Debtor paid a total of $   3069.24 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | 1625.44 | .00 | 1625.44 |
| FIGIS INC | UNSECURED | 204.20 | .00 | .00 |
| WIN WEHRLI | UNSECURED | NOT FILED | .00 | .00 |
| GUARDIAN ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| H & R ACCOUNTS INC | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY WEST COMMUNITY HO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 106.88 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1625.44 | .00 | 311.08 | .00 | 1936.52 |
| PRINCIPAL PAID | 1625.44 | .00 | .00 | .00 | 1625.44 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1625.44 | .00 | .00 | .00 | 1625.44 |

```
The Debtor's attorney, GREENBERG & ASSOC           , was allowed $   3000.00
and was paid $    1636.00  direct and $   1364.00  through the plan.

The Trustee received $     79.80 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 05/28/08                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```